# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02563-TMT

SAVE THE COLORADO,
SAVE THE POUDRE: POUDRE WATERKEEPER,
WILDEARTH GUARDIANS,
LIVING RIVERS,
WATERKEEPER ALLIANCE, and
SIERRA CLUB,

    Plaintiffs,

v.

UNITED STATES BUREAU OF RECLAMATION,
UNITED STATES ARMY CORPS OF ENGINEERS,
COLORADO RIVER WATER CONSERVATION DISTRICT,

    Defendants,

v.

MUNICIPAL SUBDISTRICT, NORTHERN COLORADO WATER
CONSERVANCY DISTRICT,
COLORADO DEPARTMENT OF NATURAL RESOURCES, and
CITY AND COUNTY OF BROOMFIELD,

    Intervenor-Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Petition for Review of Agency Action of Chief Circuit Judge Timothy M. Tymkovich entered on December 10, 2020, it is ORDERED that the agency decision is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents and against Petitioners.  It is

FURTHER ORDERED that Respondents shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed in its entirety.

DATED at Denver, Colorado this  10th   day of December, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk